# EXHIBIT A

POLICY NUMBER: EAF657478-23



# COMMON POLICY DECLARATIONS

|  |  |
|---|---|
| **AXIS SURPLUS INSURANCE COMPANY**<br>**233 SOUTH WACKER DRIVE, SUITE 3510**<br>**CHICAGO, IL 60606** | **RSG SPECIALTY, LLC**<br>**R-T SPECIALTY DIV**<br>**ONE PREMIER PLAZA**<br>**5605 GLENRIDGE DR, STE 400**<br>**ATLANTA, GA 30342** |

NAMED INSURED:    Cumberland Property Management, LLC

MAILING ADDRESS:    4686 Mcdermott Road, Suite 201

Plano, TX 75024

POLICY PERIOD:   FROM   November 01, 2023   TO   November 01, 2024   AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

| BUSINESS DESCRIPTION | Office  Shopping Center |
|---|---|

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

|  | PREMIUM |
|---|---|
| BOILER AND MACHINERY COVERAGE PART | $ |
| CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART | $ |
| COMMERCIAL AUTOMOBILE COVERAGE PART | $ |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ |
| COMMERCIAL INLAND MARINE COVERAGE PART | $ |
| COMMERCIAL PROPERTY COVERAGE PART | $ 560,427 |
| CRIME AND FIDELITY COVERAGE PART | $ |
| EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART | $ |
| FARM COVERAGE PART | $ |
| LIQUOR LIABILITY COVERAGE PART | $ |
| POLLUTION LIABILITY COVERAGE PART | $ |
| PROFESSIONAL LIABILITY COVERAGE PART | $ |
| INSPECTION FEE | $ |
| INSURED PURCHASED TRIA TERRORISM COVERAGE  ☒ NO ☐ YES | $ |
| **TOTAL:** | $ 560,427 |

Premium shown is payable:    $ 560,427    at inception.

| | FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS): | |
|---|---|---|
| 01 | AXIS Surplus Common Policy Declarations - ES 018 1020 | |
| 02 | Notice to Policyholder - ES 115 0106 | |
| 03 | Policyholder Notice Texas - AXIS 105 (03-16) | |
| 04 | Texas Notice – AXIS TX 901 (04-20) | |
| 05 | AXIS Quota Share Follow Form - AXIS QS 1008 | |
| 06 | Scheduled Limit of Liability Endorsement - Endorsement A - ES 138 0106 | |
| 07 | Designated Adjuster Endorsement – Endorsement B - AXIS 1012470 0619 | |
| 08 | Equipment Breakdown Exclusion Endorsement - Endorsement C - AXIS 1012745 1220 | |
| 09 | Exclusion of Loss or Damage due to Virus or Bacteria - Endorsement D - AXIS 1012682 0520 | |
| 10 | Terrorism Exclusion Endorsement - Endorsement E - AXIS TERROR EXCLUSION 01 06 | |
| 11 | Service of Suit Texas - AXIS 106 (02-20) | |
| 12 | Signature Page - AXIS 102 ASIC (04-15) | |

ES 018 1020
Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.

**NOTICE TO POLICYHOLDER**

This policy is composed of various forms explaining the insurance coverage provided.  It may also include one or more endorsements.  Endorsements are documents that change the policy.  Endorsements may provide additional coverage to the policy.  Endorsements can also restrict or remove coverage provided in the policy.  THE POLICY SHOULD BE READ CAREFULLY TO DETERMINE WHAT IS AND WHAT IS NOT COVERED.

As the context may require, the words "you", "your", "Insured", and "the Insured" refer to the Named Insured shown on the Declarations Page.  The words "we", "us", "our", "Company", "the Company", and "this Company" refer to the Company providing this insurance.



**ES 115 0106**



**POLICYHOLDER NOTICE**

**TEXAS**

**This insurance contract is with an insurer not licensed to transact insurance in this state and is issued and delivered as surplus line coverage under the Texas insurance statutes. The Texas Department of Insurance does not audit the finances or review the solvency of the surplus lines insurer providing this coverage, and the insurer is not a member of the property and casualty insurance guaranty association created under Chapter 462, Insurance Code. Chapter 225, Insurance Code, requires payment of a 4.85 percent tax on gross premium.**

AXIS 105 0316                                                                                                     Page 1



# TEXAS NOTICE

## Have a complaint or need help?

If you have a problem with a claim or your premium, call your insurance company first. If you can't work out the issue, the Texas Department of Insurance may be able to help.

Even if you file a complaint with the Texas Department of Insurance, you should also file a complaint or appeal through your insurance company. If you don't, you may lose your right to appeal.

### AXIS Insurance

To get information or file a complaint with your insurance company:

**Call: Consumer Complaints Manager at 1-866-259-5435**

**Toll-free: 1-866-259-5435**

Email: ShdMbx-ConsumerComplaints@axiscapital.com

Mail: 10000 Avalon Way, Suite 200, Alpharetta, GA 30009

### The Texas Department of Insurance

To get help with an insurance question or file a complaint with the state:

Call with a question: 1-800-252-3439

File a complaint: www.tdi.texas.gov

Email: ConsumerProtection@tdi.texas.gov

Mail: Consumer Protection, MC:CO-CP, Texas Department of Insurance, P.O. Box 12030, Austin, TX 78711-2030

AXIS TX 901 0420                                                                        Page 1



**<u>AXIS QUOTA SHARE FOLLOW FORM</u>**

Attached to and forming part of Policy Number: EAF657478-23

A.  Insuring Agreement

Subject to the limitations, terms, and conditions contained in this policy or any endorsement attached hereto, the Company agrees to indemnify the Insured for direct physical loss or damage to covered property at covered locations, occurring during the Policy Period, and caused by covered perils, all as defined or described in the Lead Policy.

Except as regards the premium, the amount and participation AND EXCEPT AS OTHERWISE PROVIDED HEREIN, this policy is subject to the same limitations, rights, terms, and conditions contained in the Lead Policy.

The Company's share of the Lead Policy limits and sub-limits (including aggregate limits), if any, shall be restricted by the Company's participation on the program as described in the Participation section of this policy and any other applicable provision in this policy or any endorsement to this policy.

B.  Lead Policy:

Name of Insurer: Lexington Insurance Company
Policy Number: 062502712
Policy Term: 11/01/2023 - 11/01/2024 (At 12:01 A.M. Standard Time at the Insured Location.)

C.  Participation:

The Company shall not be liable for more than 25.0% being $1,250,000 pro rata part of the $5,000,000 excess of applicable deductible(s), subject to the following sub-limits which are part of and not in addition to this limit:

1.  25.0%, being $No Coverage part of $No Coverage any one occurrence and in the annual aggregate for all losses caused by or resulting from earthquake,
2.  25.0%, being $No Coverage part of $No Coverage any one occurrence and in the annual aggregate for all losses caused by or resulting from flood, except
3.  25.0%, being $No Coverage part of $No Coverage any one occurrence and in the annual aggregate Flood in all Zones beginning with the Letter A or V.

D.  Premium

This policy is issued for and in consideration of premium indicated in the Common Policy Declarations.  For the purpose of premium computation, this policy is issued based on Total Insured Values of $459,857,961.

E.  Minimum Earned Premium

The following minimum earned premium conditions shall apply, unless the Lead Policy contains more favorable minimum earned premium conditions for the Company:

In the event of:

1.  cancellation of this policy by the Insured or



2.  failure of the Insured to make timely payment of premium

the product of 35% of the original policy premium shall become earned; any conditions of the policy to the contrary notwithstanding.

F.  Conditions of Coverage

1.  By acceptance of this policy, the Insured agrees to pay the premium shown in the Common Policy Declarations and to comply with all the provisions of the policy.

2.  If during the Policy Period the provisions of the Lead Policy are changed in any manner, as a condition precedent to coverage under this policy, the Insured shall give written notice to the Company of the full particulars of such change as soon as practicable but in no event later than thirty (30) days following the effective date of such change.  No amendment to the Lead Policy during the Policy Period shall be effective in broadening or extending the coverage afforded by this policy or extending or increasing the limits of liability afforded by this policy unless the Company so agrees in writing.  The Company may, in its sole discretion, condition its agreement to follow any changes to the Lead Policy on the Insured paying any additional premium required by the Company for such change.

3.  This policy contains all of the agreements between the Insured and the Company concerning this insurance.  The Insured and the Company may request changes to this policy.  This policy can be changed only by endorsements issued by the Company and made a part of this policy.

4.  Notice to any agent or knowledge possessed by any agent or by any other person other than the Company will not:

a.  create a waiver, or change any part of this policy; or

b.  prevent the Company from asserting any rights under the provisions of this policy.

G.  Exclusions

1.  Fungi Exclusion

This policy does not cover:

a.  Fungi, wet or dry rot, or Bacteria

b.  Loss or damage caused directly or indirectly by Mold or Other Fungi, wet or dry rot, or Bacteria.

c.  The costs associated with the enforcement of any ordinance or law which requires the Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of Mold or Other Fungi, wet or dry rot, or Bacteria.

d.  Any costs, expenses, fines or penalties incurred or sustained by or imposed on the Insured at the order of any government agency, court or other authority arising from any cause whatsoever.

This Mold or Other Fungi, wet or dry rot, or Bacteria exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.



2.  Electronic Exclusion

This policy does not insure against loss or damage to, or any cost, claim or expense directly or indirectly arising out of or relating to, any of the following, regardless of any other cause or event contributing concurrently or in any other sequence to the loss, damage, claim or expense:

  a.  Data, Electronic Data, Programs, or Electronic Computer Programs,

  b.  failure of, interruption of, loss of use of, loss of access to, or reduction or alteration in the accuracy, functionality, availability, or operation of Data, Electronic Data, Programs, or Electronic Computer Programs,

  c.  any instruction, including but not limited to any Computer Virus, introduced into, or caused to act upon Computer Operations,

  d.  errors in configuring Computer Operations,

  e.  failure of, interruption of, loss of use of, loss of access to, or reduction or alteration in the accuracy, functionality, availability, or operation of Computer Operations.

Notwithstanding anything in the above to the contrary, and subject to the other terms and conditions of this policy not in conflict herewith, this policy insures against direct physical loss or damage caused by perils or causes of loss Insured under this policy to Insured computer hardware and Electronic Data Processing Media.

3.  Pollution Exclusion

This policy does not cover any of the following:

  a.  Loss or damage caused by, or resulting from, contributed to or made worse by actual, alleged or threatened release, discharge, escape or dispersal of Pollutants or Contaminants , however caused

  b.  The expense or cost to extract or remove Pollutants or Contaminants from debris;

  c.  The expense or cost to extract or remove Pollutants or Contaminants from land or water;

  d.  The expense or cost to extract or remove, restore or replace contaminated or polluted land or water;

  e.  The costs associated with the enforcement of any ordinance or law which requires the Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of Pollutants or Contaminants;

  f.  Any cost to transport any property or debris to a site for storage or decontamination required because the property is infected by Pollutants or Contaminants, whether or not such removal, transport or decontamination is required by law, regulation or any authority governing such matters; or

 

g.  Any cost to store or otherwise dispose of any property because Pollutants or Contaminants infect the property, or

h.  Any expense for the investigation or defense of any loss, damage or any cost, loss of use expense, fine or penalty or for any expense or claim or suit related to any of the above.

4.  Materials Exclusion

This policy does not cover loss or damage caused directly or indirectly by any of the following:

a.  Removal of asbestos, dioxin, and polychlorinated biphenyl's  from any goods, products, structures or debris;

b.  Demolition, increased cost of reconstruction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating such asbestos, dioxin, and polychlorinated biphenyl's;

c.  Any governmental direction or request declaring that such asbestos, dioxin, and polychlorinated biphenyl's  present in or part of or utilized in any undamaged portion of the Insured's property can no longer be used for the purpose for which it was intended or installed and must be removed or modified; or

d.  Any expense for the investigation or defense of any loss, damage or any cost, loss of use expense, fine or penalty or for any expense or claim or suit related to any of the above.

5.  Fines or Penalties

This policy will not pay any costs, expenses, fines or penalties incurred or sustained by or imposed on the Insured at the order of any government agency, court or other authority arising from any cause whatsoever.

6.  Nuclear Exclusion

This policy does not cover loss or damage arising directly or indirectly from nuclear detonation, reaction, nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by, any physical loss or damage Insured against by this policy, however such nuclear detonation, reaction, nuclear radiation or radioactive contamination may have been caused. This exclusion replaces any other nuclear detonation, nuclear reaction, nuclear radiation or radioactive contamination exclusions found elsewhere in this policy.  This exclusion applies to all coverage under this policy notwithstanding any coverage extension or any other endorsement.

7.  Chemical and Biological Exclusion

This policy does not cover loss or damage arising directly or indirectly from the dispersal, application or release of, or exposure to, chemical or biological materials or agents that are harmful to property or human health, all whether controlled or uncontrolled, or due to any act or condition incident to any of the foregoing, whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by, any physical loss or damage Insured against by this



policy, however such dispersal, application, release or exposure may have been caused.  This exclusion applies to all coverage under policy notwithstanding any coverage extension or any other endorsement.

8.  Limited Coverage For Mold or Other Fungi, Wet Rot, Dry Rot And Bacteria

   a.  This policy is extended to cover loss or damage to covered property directly caused by or resulting from Mold or Other Fungi, wet or dry rot, or Bacteria if such Mold or Other Fungi, wet or dry rot, or Bacteria is directly caused by or results from Insured direct physical loss or damage.

   b.  As applied to this limited coverage for loss or damage by Mold or Other Fungi, wet or dry rot, and Bacteria, "loss or damage" means:

      i.  Direct physical loss or damages to Covered Property by Mold or Other Fungi, wet or dry rot or Bacteria, including the cost of removal of the Mold or Other Fungi, wet or dry rot or Bacteria;

      ii.  The cost to tear out and replace any part of the building or other property as needed to gain access to the Mold or Other Fungi, wet or dry rot or Bacteria; and

      iii.  The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is reason to believe that Mold or Other Fungi, wet or dry rot or Bacteria are present.

   c.  The sub-limit for this extension of coverage is an annual aggregate and applies regardless of the number or type of coverages that may apply, the number of locations to which this extension of coverage applies, or regardless of the number or type of Mold or Other Fungi, wet or dry rot, or Bacteria that caused the loss or damage.  With respect to a particular occurrence of loss which results in Mold or Other Fungi, wet or dry rot or Bacteria, we will not pay more than $10,000 even if the Mold or Other Fungi, wet or dry rot or Bacteria continues to be present or active, or recurs, in a later Policy Period.

H.  Titles of Paragraphs

The several titles of the various paragraphs of this policy (and of endorsements, if any, now or hereafter attached to it) are inserted solely for convenience of reference and shall not be deemed in any way to limit or affect the provisions to which they relate.

I.  Cancellation

The following cancellation conditions shall apply unless the Lead Policy contains more favorable conditions to the Company:

The Company may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation:

   a.  at least 10 days before the effective date of cancellation if we cancel for nonpayment of premium or

   b.  30 days before effective date of cancellation if the Company cancels for any other reason.



If the policy is cancelled, the Company will send the first Named Insured any premium refund due.  If the Company cancels, the refund will be pro rata, subject, however, to any minimum earned premium conditions of this policy.  If the Insured cancels, the premium refund, at the discretion of the Company, may be less than pro-rata and subject to any minimum earned premium conditions of this policy.

The Company will mail or deliver cancellation notice to the first Named Insured's last mailing address known to the Company.

Notice of cancellation will state the effective date of cancellation.  The policy period will end on that date.

J.  Definitions

1.  Company means the insurance company listed on the Common Policy Declarations.

2.  Lead Policy means the specific policy identified as the "Lead Policy" under the paragraph B. of this policy.

3.  Insured means the first Named Insured designated on the Common Policy Declarations.

4.  Policy Period means the policy period designated on the Common Policy Declarations

5.  Mold or Other Fungi means:

    a.  any type or form of mold or mildew;

    b.  any other type or form of fungus; or

    c.  any mycotoxin, spore, scent or byproduct that is produced or released by such mold, mildew or other fungus.

6. Bacteria means:

    a.  any type or form of bacterium; or

    b.  any byproduct that is produced or released by such bacterium.

7. Pollutants or Contaminants means:

    a.  Any solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

    b.  Pollutants or Contaminants include, but are not limited to those materials that can cause or threaten damage to human health or human welfare or cause or threaten damage, deterioration, loss of value, marketability or loss of use to property including Bacteria, fungi, mold, mildew, virus or hazardous substances as listed in the Federal Water Pollution Control Act, Clean Air Act, Resource Conservation and Recovery Act of 1976, Toxic Substances Control Act or as designated by the U.S. Environmental Protection Agency or any other governing authority.

8.  Computer Operations means Computer Systems or Electronic Data Communications



System.

9. Computer Systems means computer hardware of any kind; Electronic Computer Programs; Electronic Data Processing Media; Electronic Data; operating system; Media microchip; microprocessors (computer chips); integrated circuit or similar device; computer network and networking equipment; firmware; servers; web sites; Extranet; and all input, output, processing, storage, and off-line Media libraries.

10. Computer Virus means any corrupting, harmful or otherwise unauthorized instructions or code including, but not limited to, any maliciously introduced unauthorized instructions or code, programmatic or otherwise, that propagate   themselves through a computer system or network of whatsoever nature.  Computer Virus includes, but is not limited to, 'Trojan Horses', 'worms' and 'time or logic bombs'.

11. Data means information or knowledge

12. Electronic Data Communications System means any communication system, including Computer Systems and the Internet, which provides the Insured with access to other Computer Systems, microchips, integrated circuits or similar devices in non-computer equipment, or which provides any party access to the Insured's Computer Systems, microchips, integrated circuits or similar devices in non-computer equipment.

13. Electronic Data Processing Media means punch cards, paper tapes, floppy disks, CD-ROM, hard drives, magnetic tapes, magnetic discs or any other tangible personal property on which Electronic Data or Electronic Computer Programs are recorded or transmitted, but not the Electronic Data or Electronic Computer     Programs themselves.  Money or Securities are not Electronic Data Processing Media.

14. Electronic Data means Data recorded or transmitted in a form usable in Computer Systems, microchips, integrated circuits or similar devices in non-computer equipment, and which can be stored on Electronic Data Processing Media for use by Electronic Computer Programs.

15. Extranet means an internal computer network that has been selectively opened to suppliers, customers, or other third parties via the Internet or otherwise.

16. Internet means the worldwide publicly accessible network of computers, which is commonly referred to as "The Internet" or "World Wide Web", or any other similar publicly accessible network hereafter to be developed.

17. Media means any item of tangible personal property on which Data or Programs can be recorded, but not the Data or Programs themselves.  Money or Securities are not Media.

18. Money means currency, coins, bank notes and bullion; and travelers checks, register checks and Money orders held for sale to the public.

19. Securities means all negotiable and nonnegotiable instruments or contracts representing either Money or other property and includes revenue and other stamps in current use, tokens and tickets, but does not include Money.

| Named Insured | | | | Endorsement Number |
|---|---|---|---|---|
| Cumberland Property Management, LLC | | | | A |
| **Policy Number** | **Policy Period** | | | **Effective Date of Endorsement** |
| EAF657478-23 | 11/01/2023 | to | 11/01/2024 | 11/01/2023 |
| **Issued By** | | | | **Endorsement Issue Date** |
| AXIS Surplus Insurance Company | | | | 11/01/2023 |

**This endorsement changes the policy.  Please read it carefully.**

### SCHEDULED LIMIT OF LIABILITY ENDORSEMENT

In the event of loss hereunder, liability of the Company shall be limited to the least of the following.

A.  The actual adjusted amount of loss, less applicable deductible(s) or self-insured retention(s).

B.  <u>115%</u> of the individually stated value for each scheduled item of property, time element, or other coverages shown on the latest **Application or Statement of Values on file with Company**, less applicable deductible(s) or self insured retention(s).  If Actual Cash Value applies, then the maximum amount payable is 100%.

C.  The Limit of Liability, Amount of Insurance or sublimit is shown or endorsed onto the Policy.  If a sublimit is shown on the policy, the lesser limit shall apply.

D.  The maximum amount payable under the Coinsurance Clause.



ES 138 0106

AXIS PROPERTY INSURANCE

| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| B | 12:01 a.m. on 11/01/2023 | EAF657478-23 | Included |

**DESIGNATED ADJUSTER ENDORSEMENT**

It is agreed as follows:

Upon notification of a loss, Ryan Vesta, Crawford and Company will be assigned the responsibility to investigate and properly document the loss and will coordinate in a timely manner the claims adjustment process.  Such adjuster will act on our behalf and will determine loss settlement in accordance with our direction and approval.

However, the Company reserves the right to hire its own adjuster at its discretion.

All other provisions of the policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

AXIS 1012470 0619                                                                                                Page 1 of 1



AXIS PROPERTY INSURANCE

| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| C | 12:01 a.m. on 11/01/2023 | EAF657478-23 | Included |

**EQUIPMENT BREAKDOWN EXCLUSION ENDORSEMENT**

It is agreed that the following exclusion is added to the Policy:


Equipment Breakdown


This policy does not cover loss or damage to covered property resulting from any of the following:

   a.    mechanical breakdown, including rupture or bursting caused by centrifugal force;

   b.    artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

   c.    explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

   d.    explosion to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

   e.    loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.


All other provisions remain unchanged.

AXIS 1012745 1220                                                                 Page 1 of 1

| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| D | 12:01 a.m. on 11/01/2023 | EAF657478-23 | Included |

**EXCLUSION OF LOSS OR DAMAGE DUE TO VIRUS OR BACTERIA**

It is agreed that the following exclusion shall be added to the policy:

**Virus or Bacteria Exclusion**

We will not pay for loss or damage to covered property caused by, arising out of or resulting from, contributed to or made worse by, actual, alleged or suspected presence of any virus, bacterium or microorganism that induces or is capable of inducing physical distress, illness or disease. Nor will we pay:

1. The expense or cost to extract or remove such a virus, bacterium or microorganism from covered property;

2. The costs associated with the enforcement of any ordinance or law which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of such a virus, bacterium or microorganism;

3. The expense or costs associated with the enforcement of or compliance with of any ordinance or law which requires the total or partial, temporary or permanent, interruption, closure or cessation of business;

4. Any cost to transport any property or debris to a site for storage or decontamination required because the property is infected by such a virus, bacterium or microorganism, whether or not such removal, transport or decontamination is required by law, regulation or any authority governing such matters; or

5. Any cost to store or otherwise dispose of any property because of the presence of such a virus, bacterium or microorganism in or on covered property.

This exclusion applies to all coverage under all forms and endorsements that comprise this coverage part or policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

With respect to loss or damage subject to this exclusion, the terms of this exclusion shall supersede any exclusion pertaining to pollutants.

As used in this endorsement:

The term "we" means the company providing this insurance.

The term "covered property" shall have the same meaning as set forth in the policy and shall have the same meaning as the term "insured property" (wherever such term is used in policy).

The terms of this exclusion, or the inapplicability of this exclusion to any particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this coverage part or policy.

All other provisions of the Policy remain unchanged.

Includes copyrighted material of Insurance Service Office Inc., with its permission.

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Cumberland Property Management, LLC | | | E |
| **Policy Number** | **Policy Period** | | **Effective Date of Endorsement** |
| EAF657478-23 | 11/01/2023    to    11/01/2024 | | 11/01/2023 |
| **Issued By** | | | **Endorsement Issue Date** |
| AXIS Surplus Insurance Company | | | 11/01/2023 |

**This endorsement changes the policy.  Please read it carefully.**

### TERRORISM EXCLUSION ENDORSEMENT

A.  The following exclusion is added:

Any other provision of this policy notwithstanding, this insurance does not cover loss, damage, injury, expense, cost or legal obligation directly or indirectly resulting from or arising out of or in any way related to any:

1. "Terrorism Act"; or

2. Actions taken by or on behalf of any government or any branch or division thereof (including, without limitation, the uniformed armed forces, militia, police, state security and anti-terrorism agencies) in responding to, preventing, combating, defending or retaliating against any "Terrorism Act."

This exclusion applies regardless of any other cause or event that in any way contributes concurrently or in any sequence to the loss, damage, injury, expense, cost or legal obligation.

This exclusion applies whether or not the "Terrorism Act" was committed in concert with or on behalf of any organization or government.

B. As used in this endorsement:

"Terrorism Act" means any act, preparation in respect of action or the threat of action that:

1. Involves violence or is dangerous to human life or tangible or intangible property (including electronic, communications, information or mechanical systems or infrastructure), and

2. Reasonably appears to be intended, in whole or in part, to:

a. Intimidate or coerce a civilian population or any segment of a civilian population; or
b. Disrupt any segment of the economy of one or more nations; or
c. Overthrow or influence the policy or conduct of a government; or
d. Respond to any governmental action or policy.

"Terrorism Act" shall also include any incident determined to be such by an official, department or agency that has been specifically authorized by federal statute to make such a determination.

"Terrorism Act" includes the intentional dispersal or application of pathogenic, or poisonous biological or chemical materials and shall also include any incident determined to be such by an official, department or agency that has been specifically authorized by federal statute to make such a determination.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this policy.



AXIS TERROR EXCLUSION 01 06



# SERVICE OF SUIT

# TEXAS

The Company hereby designates the Superintendent, Commissioner or Director of Insurance, or his/her designee, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by you or on your behalf or by any beneficiary under this Policy against the Company arising out of this Policy, provided that all lawful process received by said Superintendent, Commissioner or Director of Insurance, or his/her designee, is sent by certified or registered mail to the Company at:

**AXIS U.S. Insurance**

**Attn: Claims Administrator**

**10000 Avalon Blvd.**

**Suite 200**

**Alpharetta, GA 30009**



# SIGNATURE PAGE

IN WITNESS WHEREOF, the Insurer has caused this policy to be issued by affixing hereto the facsimile signatures of its President and Secretary.

Secretary

President

Andrew Weissert, Secretary

Carlton Maner, President